PROB 12D
(6/05)

Report Date: February 2, 2009

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 04 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Summons and Modification of the Conditions or Term of Supervision

| | |
|---|---|
| Name of Offender: Thomas J. Snyder | Case Number: 2:07CR00004-002 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Court Judge | |
| Date of Original Sentence: 10/26/2007 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Manufacture 1,000 or More Marijuana Plants, a Schedule I Controlled Substance, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 10/26/2007 |
| Original Sentence: Prison - 1 day<br>TSR - 60 months | Date Supervision Expires: 10/25/2012 |

## PETITIONING THE COURT

Due to the government having an objection to the modification, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

21   You shall participate in the home confinement program for 120 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

Mr. Snyder was sentenced by Your Honor on October 26, 2007, to 1 day custody, followed by 60 months of supervised release. As a special condition of his supervised release, Mr. Snyder was ordered to serve 18 months at a residential reentry center (RRC).

Mr. Snyder began his RRC placement on January 7, 2008. Since that time, he has maintained full-time employment and complied with all program rules and policies. It would appear that Mr. Snyder has obtained all the benefits provided from a RRC placement and it would be reasonable for him to serve the remainder of his 18-month sentence (4 months) on electronic home monitoring.

The undersigned officer conducted a pre-release investigation and approved Mr. Snyder's release plan if he is allowed to participate in electronic monitoring. The government has voiced an objection to the above modification and, therefore, a hearing has been requested.

Prob 12B
**Re:  Snyder, Thomas J**
**February 2, 2009**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/2/09

_Samuel Najera_
Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

- [☒] No Action
- [☒] The Issuance of a Summons  *per Judge Van Sickle*
- [ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

February 3, 2009
Date